**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

IN RE:

**JEAN PASTENE GERVILUS**

**Debtor.**

_____/

CASE NO.: 20-11371-PGH
CHAPTER: 13

### RESPONSE TO DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY [DE 13]

Creditor, **U.S. Bank National Association.** ("Secured Creditor"), by and through the undersigned counsel, hereby files its *Response to Debtor's Motion to Value and Determine Secured Status of Lien on Real Property* [**DE 13**] and in support, respectfully states the following:

1. U.S. Bank National Association, holds a secured mortgage loan on property owned by Debtor, located at 1200 SW 52nd Ave. #1-213, North Lauderdale, Florida 33068-4097.

2. On January 31, 2020, Debtor filed an *Motion to Value and Determine Secured Status of Lien on Real Property* [**DE 13**] (the "Motion") and in said Motion, the Debtor states the value of the subject property is $69,280.00, as determined by Debtor's research (Broward County Property Appraiser).

3. Debtor's Motion fails to provide a full interior and exterior appraisal completed by a qualified real estate appraiser as a basis for the Debtor's determination of the replacement value of the subject real property.

5. Additionally, pursuant to the Order Denying Motion to Extend Stay [DE 32], there is no automatic stay in this bankruptcy case. Creditor objects to any treatment through the bankruptcy as the stay as been lifted.

6. This matter has been scheduled for hearing on March 2, 2020 at 1:00 PM.

7. U.S. Bank National Association, reserves the right to supplement and/or amend this Response in the future.

WHEREFORE, **U.S. Bank National Association,** respectfully requests that this Court deny the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property,* to

ALAW File No. 20-004303

allow Secured Creditor additional time to complete an interior/exterior appraisal, and awarding any and all other relief that this Court deems just and appropriate.

                          /s/ *Ella Roberts, Esq.*
                          Ella Roberts, Esq.
                          FBN 0075943
                          813-221-4743

                          **Albertelli Law**
                          Attorney for Secured Creditor
                          PO Box 23028
                          Tampa, FL 33623
                          Facsimile: (813) 221-9171
                          bkfl@albertellilaw.com
                          Alternative: eroberts@albertellilaw.com

**CERTIFICATE OF SERVICE**

ALAW File No. 20-004303

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Response to Debtor's Motion to Value and Determine Secured Status of Lien on Real Property* was provided via electronic mail to the parties on the attached service list, this 26th day of February, 2020.

**SERVICE LIST**

*Debtor*
**Jean Pastene Gervilus**
8101 SW 8th Ct.
North Lauderdale, FL 33068

*Debtors' Attorney*
**Edward M. Shahady**
7900 Peters Road, Ste. B-200
Fort Lauderdale, FL 33324

*Trustee*
**Robin R. Weiner**
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/ *Ella Roberts, Esq.*
Ella Roberts, Esq.
FBN 0075943
813-221-4743

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternative: eroberts@albertellilaw.com

ALAW File No. 20-004303